Ronald P. Jones - #146281
Rissa A. Stuart - # 166459
KAHN, SOARES & CONWAY, LLP
Attorneys at Law
219 North Douty Street
Hanford, California 93230
Telephone: (559) 584-3337
Facsimile: (559) 584-3348
rjones@kschanford.com
rstuart@kschanford.com

Attorneys for:  Defendant, FIVE REESE, INC., dba SIZZLER #3541

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES,<br><br>    Plaintiff,<br><br>vs.<br><br>TIMES SQUARE HOLDINGS, LLC, FIVE REESE INC. dba SIZZLER #3541,<br><br>    Defendants. | Case No.  1:12-CV-00163-AWI-SKO<br><br>STIPULATION AND ORDER TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE<br><br>Date:         June 5, 2012<br>Time:        9:45 a.m.<br>Courtroom:   7 |

WHEREAS, Plaintiff, John Morales ("Plaintiff") served Defendant, FIVE REESE, INC., dba SIZZLER #3541 ("Five Reese"), with Plaintiff's Complaint in the above-captioned action on February 14, 2012;

WHEREAS, Five Reese filed and served its Answer to the Complaint on April 5, 2012;

---

1

STIPULATION AND ORDER TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE

WHEREAS, Defendant, TIMES SQUARE HOLDINGS, LLC, ("Times Square") was served with Plaintiff's Complaint and was provided with an extension of time to respond to the Complaint;

WHEREAS, counsel for Plaintiff and both Defendants, Five Reese and Times Square Holdings, have engaged in good faith efforts to settle and resolve all aspects of their dispute;

WHEREAS, Plaintiff has presented a proposed settlement agreement to each Defendant, which the parties are currently reviewing and negotiating.  Specifically, the parties are working together in this regard and are optimistic that the lawsuit between Plaintiff and Defendants, Time Square and Five Reese, will be resolved in the next sixty days and dismissed with prejudice in the near future;

WHEREAS, Plaintiff's counsel is unavailable from June 29, 2012, through August 3, 2012, due to a prescheduled vacation.

THUS, IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, Times Square and Five Reese, and their respective attorneys of record, that the Mandatory Scheduling Conference shall be continued to a date convenient with the court after August 3, 2012.  This Stipulation is without waiver of any right, remedy, or position that the parties hereto may have.

DATED: May 23, 2012                    MOORE LAW FIRM, P.C.

                                            By: /s/Tanya E. Moore
                                                Tanya E. Moore
                                                Attorneys for Plaintiff
                                                John Morales

STIPULATION AND ORDER TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE

DATED: May 23, 2012                KAHN, SOARES & CONWAY, LLP


                                   By: /s/Rissa A. Stuart_____
                                       Rissa A. Stuart
                                       Attorneys for Defendant
                                       FIVE REESE, INC., dba SIZZLER #3541



DATED: May 23, 2012                CALL & JENSEN


                                   By: /s/Ryan M. McNamara_____
                                       Ryan M. McNamara
                                       Attorneys for Defendant
                                       TIMES SQUARE HOLDINGS, LLC

                                ORDER

       FOR GOOD CAUSE APPEARING, IT IS ORDERED that the Joint Scheduling

Conference presently set for June 5, 2012, shall be continued to August 3, 2012, at 9:30

a.m. in the above-referenced courtroom.




IT IS SO ORDERED.

    Dated:    **May 29, 2012**                    **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE

_____3_____
STIPULATION AND ORDER TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE