K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
John Morales

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JOHN MORALES, | ) No.  1:12-CV-00163-AWI-SKO |
| Plaintiff, | ) |
| vs. | ) **STIPULATION FOR DISMISSAL OF** |
|  | ) **FIVE REESE, INC. DBA SIZZLER #3541** |
|  | ) <u>**ONLY**</u>**; ORDER** |
| TIMES SQUARE HOLDINGS, LLC, et al., | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between Plaintiff John Morales and Defendant Five Reese, Inc. dba Sizzler #3541, by and through their respective counsel, that ONLY Defendant Five Reese, Inc. dba Sizzler #3541 is dismissed with prejudice from this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Date: July 12, 2012                              MOORE LAW FIRM, P.C.


                                                /s/Tanya E. Moore_____
                                                Tanya E. Moore
                                                Attorney for Plaintiff John Morales

///

///

*Morales v. Times Square Holdings, LLC, et al.*
Stipulation for Dismissal of Five Reese, Inc. dba Sizzler #3541 ONLY; Order
Page 1

1  Date: July 12, 2012                          KAHN, SOARES & CONWAY, LLP

2

3                                               /s/ Rissa A. Stuart
4                                               Rissa A. Stuart
                                                Attorneys for Defendant Five Reese, Inc.
5                                               dba Sizzler #3541

6

7
                                        **ORDER**
8

9
          The parties having so stipulated,
10
          IT IS HEREBY ORDERED that ONLY Defendant Five Reese, Inc. dba Sizzler #3541 is
11
   dismissed with prejudice from this action.
12

13

14
   IT IS SO ORDERED.
15
   Dated:  __July 12, 2012__                    _____
16
                                                CHIEF UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

*Morales v. Times Square Holdings, LLC, et al.*
Stipulation for Dismissal of Five Reese, Inc. dba Sizzler #3541 ONLY; Order
Page 2