1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email:  tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  John Morales

7

8               **UNITED STATES DISTRICT COURT**

9               **EASTERN DISTRICT OF CALIFORNIA**

10

11 JOHN MORALES,                        )  No.  1:12-CV-00163-AWI-SKO
                                        )
12        Plaintiff,                    )
                                        )  **STIPULATION FOR DISMISSAL OF**
13   vs.                                )  **FIVE REESE, INC. DBA SIZZLER #3541**
                                        )  **ONLY; ORDER**
14                                      )
   TIMES SQUARE HOLDINGS, LLC, et al.,  )
15                                      )
                                        )
16        Defendants.                   )
                                        )
17 _____)

18
      IT IS HEREBY STIPULATED by and between Plaintiff John Morales and Defendant
19
   Five Reese, Inc. dba Sizzler #3541, by and through their respective counsel, that ONLY
20
   Defendant Five Reese, Inc. dba Sizzler #3541 is dismissed with prejudice from this action
21
   pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
22
   Date: July 12, 2012                          MOORE LAW FIRM, P.C.
23

24

25                                              /s/Tanya E. Moore
                                                Tanya E. Moore
26                                              Attorney for Plaintiff John Morales

27 ///

28 ///

*Morales v. Times Square Holdings, LLC, et al.*
Stipulation for Dismissal of Five Reese, Inc. dba Sizzler #3541 ONLY; Order
Page 1

Date: July 12, 2012                                         KAHN, SOARES & CONWAY, LLP

                                                            /s/ Rissa A. Stuart
                                                            Rissa A. Stuart
                                                            Attorneys for Defendant Five Reese, Inc.
                                                            dba Sizzler #3541

**ORDER**

   The parties having so stipulated,

   IT IS HEREBY ORDERED that ONLY Defendant Five Reese, Inc. dba Sizzler #3541 is dismissed with prejudice from this action.


IT IS SO ORDERED.

Dated:  July 12, 2012                       _____
                                            CHIEF UNITED STATES DISTRICT JUDGE

*Morales v. Times Square Holdings, LLC, et al.*
Stipulation for Dismissal of Five Reese, Inc. dba Sizzler #3541 ONLY; Order
Page 2