K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
John Morales

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TIMES SQUARE HOLDINGS, LLC, et al.<br><br>　　　　Defendants. | No. 1:12-CV-00163-AWI-SKO<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

　　　IT IS HEREBY STIPULATED by and between Plaintiff John Morales and Defendant Times Square Holdings, LLC, the remaining party to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety, each party to bear its own attorneys' fees and costs.

Date: July 16, 2012　　　　　　　　　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　　　　　　　/s/Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff John Morales

1 | Date: July 13, 2012

CALL & JENSEN
A Professional Corporation

/s/ Ryan M. McNamara
Ryan M. McNamara
Attorneys for Defendant Times Square
Holdings, LLC

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: July 16, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE

*Morales v. Times Square Holdings, LLC, et al.*
Stipulation for Dismissal of Action; Order

Page 2